MARY ANN ADAMS et al., Respondents, *v.* GEORGE ELWOOD, Appellant.

Reported below, 72 App. Div. 632.

(Argued October 6, 1902; decided October 14, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1902, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were warranted by the evidence and that there were no other questions of law to be reviewed ; also, that the appellant had failed to file a proper undertaking.

*R. J. Shadbolt* for motion.

*William L. Mathot* opposed.

Motion denied, with ten dollars costs.

---

THE CITY OF ROCHESTER, Respondent, *v.* ROCHESTER BILL POSTING COMPANY, Appellant.

*City of Rochester* v. *Rochester Bill Posting Co.,* 70 App. Div. 623, appeal dismissed.

(Submitted October 6, 1902; decided October 14, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, made at the March term, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court at Special Term.

The motion was made upon the ground that the return on appeal had not been filed.

*William A. Sutherland* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.